**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JUAN MANUEL JUAREZ,
Petitioner,
v.
WARDEN RAUL MORALES,
Respondent.

Case No. 2:26-cv-00153-RGK-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Second Amended Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The undersigned has also independently reviewed Petitioner's objections. The Court accepts the findings and recommendation of the Magistrate Judge. IT IS ORDERED that Judgment be entered denying the Second Amended Petition and dismissing this action with prejudice.

Dated: 9/15/2026

Gary Klausner

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE